UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LANDRY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | 19 Civ. 3385 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The Court is in receipt of Plaintiff's motion for reconsideration. (Dkt. #51-53). Defendant may submit an opposition on or by April 9, 2021, in the form of a letter brief or memorandum of law. The Court does not anticipate requesting a reply brief from Plaintiff at this time.

　　SO ORDERED.

Dated:　　March 22, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_KATHERINE POLK FAILLA_
　　　　　　　　　　　　　　　　　　　　United States District Judge